IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-01000-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOE subscriber assigned IP address 67.173.227.197,

    Defendant.

## ORDER OF DISMISSAL

In accordance with Plaintiff's Notice of Settlement and Voluntary Dismissal With Prejudice of John Doe filed on July 25, 2013, pursuant to Fed R. Civ. P. 41(a)(1)(A)(i) (ECF No. 13), it is

ORDERED that JOHN DOE is  **DISMISSED WITH PREJUDICE** and this case is terminated.

Dated:  July 26, 2013

                                                      BY THE COURT:

                                                      s/ Wiley Y. Daniel
                                                      Wiley Y. Daniel
                                                      Senior United States District Judge